# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| CURTIS PIERCE, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:15-cv-42 |
| v. | * |
| FLASH FOOD STORE, et al., | * |
| Defendants. | * |

### ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's December 30, 2015, Report and Recommendation, dkt. no. 21, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court and Plaintiff's Objections, dkt nos. 22, 23, are **OVERRULED**. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma* pauperis. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 25 day of July, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)